IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY DIVISION

CHRISTOPHER W. FARABEE,

        Plaintiff,

v.

                                     Civil Action No.

PERFECTION COLLECTION LLC, TRANS
UNION, LLC, EXPERIAN INFORMATION
SOLUTIONS INC.,

        Defendants.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), and files this Notice of Removal pursuant to 28 U.S.C. §1446(a) and in support thereof would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1.      On or about August 28, 2017, Plaintiff Christopher W. Farabee ("Plaintiff") filed the Petition in this action in the District Court of Wyandotte County, Kansas ("State Court Action") alleging violations of the Fair Credit Reporting Act, 15 U.S.C. §1681, *et seq*., against, Perfection Collection LLC, Trans Union, Experian Information Solutions Inc.("Experian").

2.      The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal.  No orders have been entered in the State Court Action as of the filling of this Notice of Removal.

3.      Defendant Trans Union and Experian were served with Plaintiff's Petition on September 1, 2017.  This Notice of Removal is being filed within the thirty (30) day time period required by 28 U.S.C. §1446(b).

4.      Plaintiff has not filed a Certificate of Service regarding Perfection Collection, LLC and it is unknown to the other defendants the status of service.

## B.  GROUNDS FOR REMOVAL

5.      The present suit is an action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, as it is a civil action founded on a claim or right arising under the laws of the United States, and may be removed to this Court by Defendants pursuant to the provisions of 28 U.S.C. §1446(b).  Removal is thus proper because Plaintiff's claims present a federal question.  28 U.S.C. §§ 1331 and 1441(a).  In the Petition, Plaintiff seeks damages for Defendants' alleged violations of the Federal Fair Credit Reporting Act, 15 U.S.C. §1681 *et seq*.

## C.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6.      Pursuant to 28 U.S.C. §1446(b), this Notice is being filed with this Court within thirty (30) days after Defendants were first served with the Petition, the initial pleading setting forth the claims for relief upon which Plaintiff's action is based.

7.      Pursuant to 28 U.S.C. §1441(a), venue of the removal action is proper in the District of Kansas, Kansas City Division because it is in the district and division embracing the place where the state court action is pending.

8.      Promptly after the filing of this Notice of Removal, Trans Union LLC shall give written notice of the removal to the Plaintiff and will file a copy of this Notice of Removal with the District Court of Wyandotte County, Kansas, as required by 28 U.S.C. § 1446(d).

9.      Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings, and orders served upon the Defendants in the State Court Action is attached hereto as **"Exhibit A"**.

10.     Trial has not commenced in the District Court of Wyandotte County, Kansas.

11.     Upon information and belief, all Defendants, who have been served upon the date of filing of this Notice of Removal and remain parties to this litigation, consent to the removal of

this case.  Joinder in the Removal from Experian is attached hereto as **Exhibit "B"**.  By filing

this Notice of Removal, Trans Union LLC consents to the removal of this case

WHEREFORE, Trans Union LLC respectfully prays that the action be removed to this

Court and that this Court assume full jurisdiction as if it had been originally filed here.

Dated:  September 12, 2017          Respectfully submitted,

/s/ Bryan E. Mouber
BRYAN E. MOUBER #19710
mouber@bscr-law.com
JAMES S. KREAMER #14374
kreamer@bscr-law.com
BAKER, STERCHI, COWDEN & RICE LLC
9393 West 110th Street
Suite 500
Overland Park, KS 66210
(913) 451-6752
(816) 472-0288 Fax
Counsel for Trans Union LLC

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 12th day of September, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

A.J. Stecklein
AJ@KCconsumerlawyer.com
Brian E. Johnson
bj@kcconsumerlawyer.com
Michael H. Rapp
MR@KCconsumerlawyer.com
Stecklein & Rapp
748 Ann Ave.
Kansas City, KS 66101
(913) 371-0727
(913) 371-0147 Fax
***Counsel for Plaintiff***


AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Participants in the manner indicated: None


**/s/ Bryan E. Mouber**
BRYAN E. MOUBER

# EXHIBIT A

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

# EXHIBIT B

DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL