# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY

**CHRISTOPHER W. FARABEE,**

                  **Plaintiff,**

**vs.**

**Case No. 17-CV-02528 JAR/GEB**

**PERFECTION COLLECTION LLC, et al.,**

                  **Defendants.**

## RETURN OF SERVICE NON-EST

I hereby certify that service of the Summons, Complaint and Initial Order Regarding Planning and Scheduling was attempted three separate times by a duly authorized process server on Defendant Perfection Collection LLC.

1. Service was attempted on Defendant Perfection Collection LLC on December 28, 2017, January 8, 2018 and January 10, 2018.

2. The address of the attempted service was: Perfection Collection LLC; Registered Agent, Brian Scott Fuller, 313 East 1200 South, Suite 102, Orem, Utah 84058.

3. The Return of Service is attached hereto as Exhibit A.

                  Respectfully submitted,

                  By: /s/ A.J. Stecklein
                  A.J. Stecklein #16330
                  Michael H. Rapp # 25702
                  Stecklein & Rapp Chartered
                  748 Ann Avenue
                  Kansas City, Kansas 66101
                  Telephone: 913-371-0727
                  Facsimile: 913-371-0727
                  Email: aj@kcconsumerlawyer.com
                          mr@kcconsumerlawyer.com
                  Attorneys for Plaintiff

## **CERTIFICATE OF FILING**

      I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas on January 29, 2018, which will automatically generate notice of filing to all counsel of record.

      /s/ A.J. Stecklein
      A.J. Stecklein #16330