45258

# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Kansas

Case Number: 17-CV-02528-JAR/GEB

Plaintiff/Petitioner:
**CHRISTOPHER W. FARABEE**
vs.
Defendant/Respondent:
**PERFECTION COLLECTION, LLC, et al.**

Received by HPS Process Service & Investigations to be served on **Perfection Collection, LLC, c/o Registered Agent: Brian Scott Fuller, 313 East 1200 South, Suite 102, Orem, UT 84058.** I, __William Angus__, do hereby affirm that on the __16__ day of __January__, 20__18__ at __11:18__ a.m., executed service by delivering a true copy of the Summons in a Civil Action; Petition; Initial Order Regarding Planning and Scheduling; and Report of Parties' Planning Conference in accordance with state statutes in the manner marked below:

( ) REGISTERED AGENT SERVICE: By serving _____
as _____ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as _____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

(X) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: __12/28/17 1630 Agent not in. Left card. 01/08/18 1225 Female in office became belligerent of our presence. Asked to leave. 01/10/18 1420 Agent not in.__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

_William Angus_

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2017021004