IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTOPHER W. FARABEE**, <br><br> Plaintiff, <br><br> vs. <br><br> **PERFECTION COLLECTION LLC, TRANS UNION, LLC AND EXPERIAN INFORMATION SOLUTIONS INC.**, <br><br> Defendants. | Case No. 2:17-cv-02528-JAR-GEB |

### NOTICE OF VOLUNTARY DISMISSAL OF COUNT II WITHOUT PREJUDICE

Plaintiff Christopher Farabee ("Plaintiff"), through undersigned counsel and pursuant to Fed. R. Civ. P. 41(a), notifies the Court that Plaintiff voluntarily dismisses Count II of the Complaint (Doc. 1-1) which alleged violations of the federal Fair Credit Reporting Act against Defendant Perfection Collection LLC ("Defendant") only. Plaintiff further states:

1. In this Complaint Plaintiff has alleged that Defendant violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. ("FCRA") by failing to conduct a reasonable investigation into Plaintiff's dispute regarding a debt collection account that was not owed by Plaintiff.

2. On May 14, 2018 Plaintiff moved for default judgment against Defendant Perfection Collection, solely on the claim for violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA"). Plaintiff did not move for judgment on his claims under the FCRA.

3. On July 5, 2018 the Court issued an Order to Show Cause (Doc. 56) why the FCRA

1

claim against Defendant should not be dismissed with prejudice.

4.	Upon review of the procedural posture of this case, mindful of the benefits of continuing to litigate an FCRA claim and in the interests of limiting unnecessary increases to attorneys' fees and costs, Plaintiff has concluded that he wants to voluntarily dismiss his claims under the FCRA.  Concurrent to the filing of Plaintiff's Response to the Show Cause Order, Plaintiff notifies the Court that he is dismissing his claims under the FCRA.

5.	Defendant will not be prejudiced by the voluntary dismissal, as Defendant has not answered or filed a motion for summary judgment, and has made no effort to defend this action.

6.	This notice of voluntary dismissal is not made with improper motive, or in bad faith.

ACCORDINGLY, Plaintiff respectfully notifies the Court of the voluntary dismissal of Count II of the Complaint.

*Respectfully submitted*,

By: /s/ *Matthew S. Robertson*
A.J. Stecklein	#16330
Michael Rapp	#25702
Matthew S. Robertson	#27254
Stecklein & Rapp Chartered
748 Ann Avenue
Kansas City, KS 66101
Telephone:	(913) 371-0727
Facsimile:	(913) 371-0727
Email: aj@kcconsumerlawyer.com
	mr@kcconsumerlawyer.com
	msr@kcconsumerlawyer.com

Attorneys for Plaintiff

## CERTIFICATE OF FILING

     I hereby certify that the foregoing document was filed electronically with the United States District Court for the District of Kansas's ECF filing system on July 16, 2018, which will automatically generate notice of filing to all counsel of record.

     I further certify that a copy of the foregoing document was served on Defendant Perfection Collection LLC by U.S. Mail, addressed to:

**Perfection Collection LLC**
**RA: Brian Scott Fuller**
**313 E. 1200 S., Suite 102**
**Orem, Utah 84058**

                                                */s/ Matthew S. Robertson*
                                                Attorney for Plaintiff